UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

UNITED STATES OF AMERICA,

        Plaintiff,

v.

ROBERT DENNIS KLYM,

        Defendant.
_____/

Case No. 1:06:CR:188

HON. GORDON J. QUIST

## ORDER

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1. The Report and Recommendation of the Magistrate Judge filed September 28, 2006, is approved and adopted as the Opinion and Findings of this Court.

2. Defendant Robert Dennis Klym's plea of guilty to Count One of the Information is accepted. Defendant Robert Dennis Klym is adjudicated guilty.

3. A decision of whether to accept the written plea agreement will be made at the time of sentencing after the Court has had the opportunity to review the Presentence Investigation Report. See U.S.S.G. Ch. 6.

Dated: October 13, 2006

                                              /s/ Gordon J. Quist
                                            GORDON J. QUIST
                                        UNITED STATES DISTRICT JUDGE